JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LEONDRO VELARDE,

   Plaintiff,

    vs.

FRANK BISIGNANO,
Commissioner of Social Security,

   Defendant.

)  Case No. 5:26-cv-00251-MBK
)
)  [~~PROPOSED~~]
)  **JUDGMENT**
)
)
)
)
)
)
)

  The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: 05/13/2026   _____

        HON. MICHAEL B. KAUFMAN
        UNITED STATES MAGISTRATE JUDGE